UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:22-cv-22483-GAYLES/TORRES

EXPRESS FREIGHT INTERNATIONAL et al.,

    Plaintiffs,

v.

HINO MOTORS LTD., et al.,

    Defendants.

_____/

**DEFENDANTS HINO MOTORS MANUFACTURING U.S.A., INC. AND
HINO MOTORS SALES U.S.A., INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

On November 7, 2022, Defendants Hino Motors Manufacturing U.S.A., Inc. ("HMM") and Hino Motors Sales U.S.A., Inc. ("HMS") filed their motion to dismiss plaintiffs' complaint. The memorandum in support of that motion cited *In re Zantac (Ranitidine) Prod. Liab. Litig.*, 2020 WL 7866674, at *17 (S.D. Fla. Dec. 31, 2020). *See* Mot. (ECF No. 68) at 14. HMM and HMS hereby notify the Court that the Eleventh Circuit has issued a decision reversing the portion of the *Zantac* district court opinion cited by HMM and HMS. *See In re Zantac (Ranitidine) Prod. Liab. Litig.*, 2022 WL 16729170, at *4–6 (11th Cir. Nov. 7, 2022) (per curiam) (unpublished).[1]

---

[1] The deadlines for seeking further review of the opinion have not yet expired. *See* U.S. Sup. Ct. R. 13(1) (90 days to file petition for certiorari); 11th Cir. R. 35-2 (21 days to petition for en banc rehearing).

DATED:  November 23, 2022          Respectfully submitted,

    /s/ Jordan S. Cohen
Jordan S. Cohen, Florida Bar No. 551872
Ethan A. Arthur, Florida Bar No. 119054
WICKER SMITH O'HARA MCCOY & FORD, P.A.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353

Andrew Soukup (*pro hac vice*)
Henry Liu (*pro hac vice*)
Stephen Petkis (*pro hac vice*)
Jessica Merry Samuels (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
Telephone:  (202) 662-5066
Facsimile:  (202) 778-5066
Email:  asoukup@cov.com
       hliu@cov.com
       spetkis@cov.com
       jsamuels@cov.com

*Attorneys for Defendants*
*Hino Motors Manufacturing U.S.A., Inc.*
*and Hino Motors Sales U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 23, 2022, a true and correct copy of the foregoing was furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filling to all counsel of record.

    /s/ Jordan S. Cohen
Jordan S. Cohen

2