UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:22-cv-22483-GAYLES/TORRES

EXPRESS FREIGHT INTERNATIONAL et al.,

    Plaintiffs,

v.

HINO MOTORS LTD., et al.,

    Defendants.

_____/

**DEFENDANT HINO MOTORS, LTD.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant Hino Motors, Ltd. ("HML"), by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states as follows:

- HML is a subsidiary of Toyota Motor Corporation ("TMC").

- TMC is a publicly traded company, which owns ten percent (10%) or more of HML's stock.

DATED:  December 15, 2022          Respectfully submitted,

        */s/ Jordan S. Cohen*
Jordan S. Cohen, Florida Bar No. 551872
Ethan A. Arthur, Florida Bar No. 119054
WICKER SMITH O'HARA MCCOY & FORD, P.A.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353

Andrew Soukup (*pro hac vice*)
Henry Liu (*pro hac vice*)
Stephen Petkis (*pro hac vice*)
Jessica Merry Samuels (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
Telephone:  (202) 662-5066
Facsimile:  (202) 778-5066
Email:  asoukup@cov.com
       hliu@cov.com
       spetkis@cov.com
       jsamuels@cov.com

*Attorneys for Defendant*
*Hino Motors, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2022, a true and correct copy of the foregoing was furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filling to all counsel of record.

        */s/ Jordan S. Cohen*
        Jordan S. Cohen