# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No. 1:22-cv-22483-Gayles/Torres

EXPRESS FREIGHT INTERNATIONAL, EFI EXPORT & TRADING CORP., MARDERS, and REDLANDS OFFICE CLEANING SOLUTIONS, LLC, on behalf of themselves and all others similarly situated,

      Plaintiffs

v.

HINO MOTORS, Ltd., TOYOTA MOTOR CORPORATION, HINO MOTORS MANUFACTURING U.S.A., Inc., and HINO MOTORS SALES U.S.A., Inc.,

      Defendants.

## FINAL JUDGMENT

IT IS on this 1st day of April 2024, HEREBY ADJUDGED AND DECREED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b) AND 58 AS FOLLOWS:

(1)    On this date, the Court entered an Order of Dismissal and Judgment Granting Motion for Final Settlement Approval and Award of Attorneys' Fees and Costs, [ECF No. 160]; and

(2)    For the reasons stated in the Court's Order, judgment is entered in accordance with the Order and the claims asserted against Defendants in this Action are dismissed with prejudice, without costs to any party, except as otherwise provided in the Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of April, 2024.

                                            DARRIN P. GAYLES
                                            UNITED STATES DISTRICT JUDGE